censing requirements for thermographers and he admitted that although thermography is generally accepted by the chiropractic profession, that it is otherwise a controversial subject.

Under the circumstances of the case at bar, Destin presented substantial evidence to support his complaints. Dr. Miller's testimony would have been cumulative to other evidence. Furthermore, considering the controversy in regard to the value of thermography as a diagnostic aid and the diversion of the jury's attention that would have ensued from a debate over the difference of opinion between the medical and chiropractic professions on the subject, it was not an abuse of discretion for the trial court to refuse to allow Dr. Miller's testimony.

■ If a decision of the trial court on the admission or exclusion of evidence is correct for any reason it will be affirmed. *Roach v. Consolidated Forwarding Company*, 665 S.W.2d 675, 682 (Mo.App.1984).

Based upon the record herein, the judgment of the trial court is affirmed.

All concur.

David S. Durbin, Appellate Defender, Anthony C. Cardarella, Asst. Appellate Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for respondent.

Before LOWENSTEIN, P.J., and SHANGLER and MANFORD, JJ.

## ORDER

PER CURIAM:

This is a consolidated appeal involving the appeal from jury convictions for robbery, first degree, in violation of § 569.020, RSMo 1986 and armed criminal action, in violation of § 571.015, RSMo 1986; and the appeal from the denial of post-conviction relief sought pursuant to Rule 29.15.

The judgment for the criminal conviction is affirmed. Rule 30.25(b).

The judgment denying post-conviction relief is affirmed. Rule 84.16(b).

---

**STATE of Missouri, Respondent,**

v.

**Robert David RAINE, Appellant.**

**Robert David RAINE, Movant–Appellant,**

v.

**STATE of Missouri, Respondent.**

No. WD 42028.

Missouri Court of Appeals, Western District.

Dec. 26, 1990.

Motion for Rehearing and/or Transfer to Supreme Court Denied Jan. 29, 1991.

Application to Transfer Denied March 5, 1991.

**Jerry TAYLOR, Movant,**

v.

**STATE of Missouri, Respondent.**

No. 57218.

Missouri Court of Appeals, Eastern District, Division Five.

Dec. 26, 1990.

Motion for Rehearing and/or Transfer to Supreme Court Denied Jan. 29, 1991.

Application to Transfer Denied March 5, 1991.